IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL R. DENIUS and BARBARA J. DENIUS,** | : | Civil No. 1:23-CV-00428 |
| **Plaintiffs,** | : | |
| v. | : | |
| **REAL TIME RESOLUTIONS, INC.,** | : | Judge Sylvia H. Rambo |
| **Defendant.** | : | |

# O R D E R

**AND NOW**, this 6th day of February, 2024, upon consideration of Defendant's motion to dismiss the amended complaint (Doc. 8), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant's motion to dismiss is **GRANTED** insofar as Counts I, II, and III are dismissed without prejudice.

/s/*Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge